No. 16. UNITED STATES *v.* E. W. BLISS COMPANY. Appeal from the Circuit Court of Appeals for the Second Circuit. November 20, 1918. Dismissed on motion of *Mr. Assistant to the Attorney General Todd* for the United States. *Mr. Frank H. Platt* and *Mr. Eli J. Blair* for appellee.

---

No. 320. EMANUAL BALTZER ET AL. *v.* UNITED STATES. Error to the District Court of the United States for the District of South Dakota. December 16, 1918. Judgment reversed, upon confession of error; and cause remanded for further proceedings in accordance with law, on motion of *The Solicitor General* for the United States. *Mr. Joe Kirby* and *Mr. William C. Rempfer* for plaintiffs in error.

---

No. 321. WILLIAM J. HEAD *v.* UNITED STATES. Error to the District Court of the United States for the District of South Dakota. December 16, 1918. Judgment reversed, upon confession of error; and cause remanded for further proceedings in accordance with law, on motion of *The Solicitor General* for the United States. *Mr. Joe Kirby* and *Mr. William C. Rempfer* for plaintiff in error.